UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAY 27, 2004

3:02CV1141(CFD)     Baldyga vs. Sikorsky

    We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Christopher F. Droney, United States District Judge, who sits in Hartford. Counsel shall file all future pleadings with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT 06103. The initials "CFD" shall appear after the case number.

                              By Order of the Court

                              Kevin F. Rowe, Clerk