UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JUL 14 P 2:53
U.S. DISTRICT COURT
BRIDGEPORT, CT.

RAYMOND P. BALDYGA, JR.

v.    No. 3:02CV1141(CFD)

SIKORSKY AIRCRAFT CORP.

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Janet C. Hall, United States Judge, who sits in Bridgeport, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport, Connecticut and bear the docket number 3:02cv1141(JCH). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

It is **SO ORDERED**.

Dated at Hartford, Connecticut this 14th day of July, 2004.

Christopher F. Droney
United States District Judge