UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 22 A 8: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Raymond P. Baldyga Jr.
Plaintiff

Civil Action No.
3:02 CV1141(JCH)

vs.

Sikorsky Aircraft Corporation
Defendant

October 15, 2004

PLAINTIFFS STATUS REPORT

Pursuant to this court's instruction at the September 28, 2004 Status Conference, the plaintiff Raymond P. Baldyga Jr. hereby submits this Status Report

Having spent these past few weeks reviewing my files and interviewing different attorneys. I have entered into preliminary discussions with Scott Weiss, of the Law Firm ,Weiss & Weiss LLC of White Plains, New York, and Fairfield Connecticut, to represent me in the above entitled action. Attorney Weiss ,after reviewing my files, will be contacting this court within the next two weeks to enter as my attorney.

Plaintiff hereby requests this additional time to allow Scott Weiss to review all documents related to this case, including my deposition, and other related materials regarding this case up until this date.

Respectfully submitted,

*Raymond P Baldyga Jr.*

Raymond P. Baldyga Jr
134 Delaware Road
Easton, CT 06612    Pro Se    Plaintiff

CERTIFICATE OF SERVICE

I, Raymond P. Baldyga Jr., pro se Plaintiff, hereby certify that a copy or the foregoing PLAINTIFFS STATUS REPORT, was served by United States Mail, on the this the 18th day of October, 2004 addressed to the following:

Gary L. Leiber
Anessa Abrams
SCHMELTZER, APTAKER & SHEPARD
2600 Virginia Ave. N.W. Suite 1000
Washington D.C.


Edward J. Dempsey
UTC Labor Counsel
UTC Building
Hartford, CT 06101