UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND P. BALDYGA, JR., | : |
| Plaintiff, | : Civil Action No. |
| | : 3:02 CV 1141 (JCH) |
| v. | : |
| | : |
| SIKORSKY AIRCRAFT CORPORATION, | : January 20, 2005 |
| | : |
| Defendant. | : |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Sikorsky Aircraft Corporation ("Sikorsky Aircraft" or "the Company") hereby moves for summary judgment on plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 56. Sikorsky Aircraft requests that the Court dismiss plaintiff's complaint, in its entirety, with prejudice.

Summary judgment must be granted on plaintiff's claims that he was laid off because of his age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* ("ADEA") and Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-58 *et seq.* ("CFEPA"), as plaintiff cannot establish a *prima facie* case of discrimination and he has no evidence that the Company's legitimate non-discriminatory reason is a pretext for age discrimination. In addition, summary judgment must be granted on plaintiff's CFEPA claim on the grounds that the claim is time-barred and the claim is pre-empted by Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185.

The grounds for this motion are set forth in detail in Sikorsky Aircraft's accompanying Memorandum of Law. In addition, Sikorsky Aircraft relies upon the Declaration of Thaddeus

Garbien, the Declaration of Mark Lindsey, the Declaration of Anessa Abrams, Esquire, and Defendant's Local Rule 56(a)1 Statement, submitted herewith.

Respectfully submitted

*/s/ Anessa Abrams*

Gary L. Lieber (ct13839) (gll@saslaw.com)
Anessa Abrams (ct16594) (aa@saslaw.com)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Ave., N.W.
Suite 1000
Washington, D.C. 20037-1922
Phone (202) 333-8800
Fax (202) 625-3301

Edward J. Dempsey (ct05183)
Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101
(860) 728-7858
(860) 728-6551 (fax)

Attorneys for Defendant
Sikorsky Aircraft Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was served by United States Mail, first-class postage pre-paid, on this 19 day of January, 2005, addressed to the following:

>   Raymond P. Baldyga, Jr.
>   134 Delaware Road
>   Easton, CT 06612
>
>   *Pro se* plaintiff

_____
Anessa Abrams