## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND P. BALDYGA, JR., | : |
| | : |
| Plaintiff, | :     Civil Action No. |
| | :     3:02 CV 1141 (JCH) |
| v. | : |
| | : |
| SIKORSKY AIRCRAFT | :     January 20, 2005 |
| CORPORATION, | : |
| | : |
| Defendant. | : |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant's Motion for Summary Judgment and supporting documentation, any opposition thereto, and for good cause shown, it is hereby

ORDERED that Defendant's Motion for Summary Judgment be and hereby is GRANTED; it is

FURTHER ORDERED that plaintiff's complaint be and hereby is DISMISSED, IN ITS ENTIRETY, WITH PREJUDICE.

SO ORDERED this _____ day of _____, 2005.

_____
Honorable Janet C. Hall
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing [PROPOSED] ORDER GRANTING

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was served by United States Mail,

first-class postage pre-paid, on this $\underline{19}$ day of January, 2005, addressed to the following:

> Raymond P. Baldyga, Jr.
> 134 Delaware Road
> Easton, CT 06612

*Pro se* plaintiff

Anessa Abrams

BC0066

2