UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAYMOND P. BALDYGA, JR.,          :
                                   :
        Plaintiff,                 :    Civil Action No.
                                   :    3:02 CV 1141 (JCH)
v.                                 :
                                   :
SIKORSKY AIRCRAFT                  :    January 20, 2005
CORPORATION,                       :
                                   :
        Defendant.                 :

**DEFENDANT'S MOTION TO FILE DOCUMENTS IN UNREDACTED FORM UNDER SEAL**

Defendant Sikorsky Aircraft Corporation ("Sikorsky Aircraft" or "the Company") hereby moves this Court for permission to file unredacted copies of the Declaration of Mark Lindsey (with attached exhibits) and the Declaration of Thaddeus Garbien (with attached exhibits) under seal. The grounds for this motion are as follows:

1.    Plaintiff has sued Sikorsky Aircraft, alleging that Sikorsky Aircraft discriminated against him on the basis of his age by laying off plaintiff effective May 4, 2001, in violation of the Age Discrimination in Employment Act and the Connecticut Fair Employment Practices Act.

2.    Concurrent herewith, Sikorsky Aircraft filed its Motion for Summary Judgment. In support of its Motion for Summary Judgment, Sikorsky Aircraft relies upon, among other things, the Declaration of Mark Lindsey (with attached exhibits) and the Declaration of Thaddeus Garbien (with attached exhibits).

3.    Although plaintiff is *pro se*, and therefore Sikorsky Aircraft cannot file its Motion for Summary Judgment electronically, at the time Sikorsky Aircraft files its Motion for Summary Judgment conventionally, it is required to provide the Clerk with a copy of all documents on disk

in PDF format. In the past, the Clerk has then electronically filed documents submitted by Sikorsky Aircraft. Accordingly, in order to comply with this Court's Electronic Filing Policies and Procedures, Sikorsky Aircraft filed a redacted version of the Declaration of Mark Lindsey, redacting his date of birth. In addition, Sikorsky Aircraft filed the Declaration of Thaddeus Garbien, with certain attached exhibits having been redacted to delete plaintiff's social security number and to delete the month and day of birth (leaving only the year of birth) for a number of current and/or former Sikorsky Aircraft employees, including plaintiff.

4. As plaintiff's claim is for age discrimination, the complete dates of birth of current and former Sikorsky Aircraft employees is necessary and relevant to this case, and a portion of Sikorsky Aircraft's argument in support of its Motion for Summary Judgment is dependent upon the ages of employees at the time of the May 2001 layoff, which can only be determined by knowing the employees' complete date of birth. Accordingly, Sikorsky Aircraft believes it is necessary for this Court to have access to the Declarations of Mark Lindsey and Thaddeus Garbien in their unredacted state to be able to see the complete dates of birth of other individuals. Sikorsky Aircraft believes this information is relevant to its arguments and would aid the Court in evaluating and ruling upon Sikorsky Aircraft's Motion for Summary Judgment.

5. Attached hereto in envelopes are copies of the Declarations of Mark Lindsey and Thaddeus Garbien (with attached exhibits) in their unredacted form. In the event the Court grants this motion, these documents can then be sealed and filed by the Court.

6. On January 18, 2005, undersigned counsel left a message for plaintiff inquiring whether plaintiff would consent to this motion. Plaintiff did not return counsel's telephone call by the time of completion of this motion. Accordingly, counsel was unable to obtain plaintiff's position on this motion.

WHEREFORE, for the foregoing reasons, Sikorsky Aircraft respectfully requests that the Court accept the envelopes containing the Declaration of Mark Lindsey (with attached exhibits) and the Declaration of Thaddeus Garbien (with attached exhibits) in unredacted form and file such documents under seal.

Respectfully submitted,

_____
Gary L. Lieber (ct13839) (gll@saslaw.com)
Anessa Abrams (ct16594) (aa@saslaw.com)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Ave., N.W.
Suite 1000
Washington, D.C. 20037-1922
Phone (202) 333-8800
Fax (202) 625-3301

Edward J. Dempsey (ct05183)
Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101
(860) 728-7858
(860) 728-6551 (fax)

Attorneys for Defendant
Sikorsky Aircraft Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT'S MOTION TO FILE DOCUMENTS IN UNREDACTED FORM UNDER SEAL** was served by first class United States mail, postage prepaid on this 19 day of January, 2005, addressed to the following:

Raymond P. Baldyga, Jr.
134 Delaware Road
Easton, CT 06612

*Pro se* plaintiff

_____
Anessa Abrams

BB9862