UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 25  P 2: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Raymond P. Baldyga Jr.
Name of Plaintiff/Petitioner

v.                                    Case No. 3:02 CV 1141 JCH

Sikorsky Aircraft Corp.
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Raymond P. Baldyga Jr.

   Your present mailing address: 134 Delaware Road
   Easton, Ct 06612

   Telephone number: (203) 254-8332

2. Are you presently employed? YES X  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.
   Sikorsky Aircraft  6900 North Main Street Stratford Ct 06615
   Milford Fabricating  46 Erna Ave Milford Ct 06460

   Weekly earnings: $900 & 200

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.
   N/A

(Rev. 1/2/03)

Date last worked: _____still working_____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
    a) salary, wages, commissions, or earned income of any kind? __100,000__
    
    b) interest, dividends, rents or investments of any kind? __85,000__
    
    c) gifts or inheritances of any kind? _____

6. How much money do you have in any checking or savings account(s)?

    Checking: __$834__
    
    Savings: __500__
    
    Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES _X_ NO ___

    If YES, describe the property and state the approximate value: _____
    134 Delaware Road with my wife
    215 Andrassy Ave Fairfied
    15 Wilson St Bpt
    11 Wilson St Bpt

8. How much money do you owe others? __$640,000__

    For each debt, state the name of the creditor and the amount owed:
    
    | CREDITOR | AMOUNT OWED |
    |---|---|
    | GMAC | 85000 |
    |  | 140,000 |
    | Home Comings | 98000 |
    |  | 85000 |
    | Ocwen | 55,000 |
    | Washington Mutual | 145000 |
    | Credit Cards | 35,000 |
    | Roanoke College | 10,000 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   Judy Baldyga wife
   Jennifer Baldyga daughter
   Shawn Baldyga son presently serving in IRAQ

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES _X_ NO ~~X~~

    If the answer is YES, please provide the following information for each such person:

    Name: Judy Baldyga

    Relationship: Wife

    Employer: Town of Fairfield

    Weekly Earnings: 500

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    I could probably afford some attorney's fee but the attorney have told me that it would cost from 25,000 to 100,000 for me to pursue

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

    I was wrongfully laid off due to my age.

(Additional space on next page)

3

_____and other discrimitory reasons._____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ☒ NO ☐

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _____Leon Rosenblat   West Hartford CT._____

   Date you contacted this attorney _____2001_____

   Method of contact (in person, by telephone, etc.) _____In person & by phone_____

   Reason why attorney was not employed to handle your case _____
   _____would cost him too much for little return_____

   b) Attorney's name _____Jonathan Gould   Hartford CT_____

   Date you contacted this attorney _____2002_____

   Method of contact (in person, by telephone, etc.) _____in person, by telephone_____

   Reason why attorney was not employed to handle your case _____
   _____moving out of state_____
   _____Suggested that I settle out of court_____

4

c) Attorney's name  Scott Weiss          Fairfield Ct.

Date you contacted this attorney  Nov. 2004

Method of contact (in person, by telephone, etc.)  in person    by phone

Reason why attorney was not employed to handle your case
Attorney could not afford to hire expert witnesses Required for Trial. Tried to settle out of court

15. Explain any other efforts you have made to obtain an attorney to handle your case.
I was refered by Atty Weiss to Lawyer Referal Went to see William Kupinse of Goldstein & Peck Atty. Kupinse stated that he was hesitant to enter this case this late on and that the expert witnesses would be very expensive.

16. Please provide any other information which supports your application for the court to appoint counsel.
I have been trying to resolve this matter since 2001 I am on the verge of Bankruptcy since loosing my income back in 2001. Working two jobs since then to provide for my college age children

17. Do you need a lawyer who speaks a language other than English?
YES ___  NO ✗

If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

1/26/2005
Date

*Raymond P Baldyga Jr* (signature)
Original Signature of Movant

134 Delaware Road
Easton, CT  06612    203 2548332

Raymond P. Baldyga Jr.
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

| | |
|---|---|
| Edward J. Dempsey | Gary Lieber |
| United Technologies Corp. | Anessa Abrams |
| One Financial Plaza | Schmeltzer, Aptaker |
| Hartford, CT 06101 | & Shepard P.C. |
| | 2600 Virginia Ave. NW |
| | Suite 1000 |
| | Washington DC, 20037 |

_____
Original Signature of Movant

(Rev. 1/2/03)

7