UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MOTION OF OPPOSITION TO DEFENDANT

MOTION FOR SUMMARY JUDGMENT

FILED

2005 FEB -4  P 2: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Raymond P. Baldyga, Jr.

Plaintiff

Case No. 3:02 CV1141 JCH

V.

Sikorsky Aircraft Corporation

Plaintiff, Raymond Baldyga, Jr. is in opposition to defendants Motion For Summary Judgment. There were facts in dispute because I was laid off for lack of work, May 4, 2001 and **Elaine J. Grant clock #H46213 and Francis J. Ghent Jr. clock #H49866,** who were younger than me, were hired at a lower rate of pay to perform my work, and to take my place in Sikorsky Aircraft, Department 1530.

*Raymond P Baldyga Jr*
134 Delaware Rd.
Easton Ct 06612