UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MOTION FOR SETTLEMENT CONFERENCE

FILED
2005 FEB -4  P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

---

Raymond P. Baldyga, Jr.

    Plaintiff

                                      Case No. 3:02 CV1141 JCH

V.

Sikorsky Aircraft Corporation

    Defendant

Plaintiff, Raymond Baldyga, Jr. requests a Settlement Conference.

The plaintiff is in opposition to the defendants Motion for Summary Judgment and before a decision on the defendants Motion for Summary Judgment is made, the plaintiff requests a settlement conference assigned to someone other than the trial judge.

*Raymond P Baldyga Jr*
*134 Delaware Rd*
*Easton, Ct. 06612*