# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**MOTION FOR EXTENSION OF TIME**

FILED
2005 FEB -4 P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Raymond P. Baldyga, Jr.

Plaintiff

Case No. 3:02 CV1141 JCH

V.

Sikorsky Aircraft Corporation

Defendant

Plaintiff, Raymond Baldyga, Jr. requests an Extension of Time to allow the Defendant additional time to respond to my Requests For Discovery, and until the court rules on my following motions:

MOTION FOR SETTLEMENT CONFERENCE

MOTION OF OPPOSITION TO DEFENDANT MOTION FOR SUMMARY JUDGMENT

MOTION FOR ADDITIONAL DISCOVERY

MOTION FOR APPOINTMENT OF COUNSEL

*Raymond P Baldyga Jr*
134 Delaware Rd
Easton Ct. 06612