UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MOTION FOR ADDITIONAL DISCOVERY

FILED
2005 FEB -4  P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Raymond P. Baldyga, Jr.

Plaintiff

Case No. 3:02 CV1141 JCH

v.

Sikorsky Aircraft Corporation

Defendent

Plaintiff, Raymond Baldyga, Jr. requests additional discovery. The plaintiff has requested the ages, names, qualifications and dates of birth of all new hires after plaintiffs layoff for lack of work May 4, 2001. All of the above mentioned is needed to pursue this case. I thought that I was getting all of this necessary information after it was "SO ORDERED" by Judge Goettel. I request the dates of birth of the following Sikorsky Employees hired by the Management of my former department 1530; receiving Inspection, after my layoff, to do my work at a lower rate of pay: NAMELY

Elaine J. Grant clock #H46213

and Francis J. Ghent Jr. clock #H49866

Raymond P Baldyga Jr
134 Delaware Rd
Easton CT
06612

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing:

Motion of Opposition to Defendants Motion for Summary Judgment

Motion for a Settlement Conference

Motion for Extension of Time

Motion for Additional Discovery

*[signature]*

Raymond P. Baldyga, Jr.

Was served by First Class United States mail postage pre-paid on this 3rd day of February 2005, and addressed to the following:

| | |
|---|---|
| Edward J. Dempsey | Gary Lieber |
| United Technologies Corporation | Anessa Abrams |
| Labor Counsel | Schmeltzer, Aptaker |
| One Financial Plaza | 2600 Virginia Ave |
| Hartford, CT 06101 | Washington, D.C. 20037 |