**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAYMOND BALDYGA | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-02-cv-1141 (JCH) |
| SIKORSKY AIRCRAFT CORP. | : | |
|     Defendant | : | FEBRUARY 9, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes

_____ A ruling on all pretrial motions except dispositive motions

_____ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motion(s) which are currently pending:

____√___ A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of February, 2005.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge