## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RAYMOND P. BALDYGA, JR.,         :

                                   :

          Plaintiff,         :      Civil Action No.

                                   :      3:02 CV 1141 (JCH)

         v.             :

                                   :      February 15, 2005

SIKORSKY AIRCRAFT         :

CORPORATION,            :

                                   :

         Defendant.      :

## SUPPLEMENTAL DECLARATION OF ANESSA ABRAMS, ESQUIRE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Anessa Abrams, hereby declare as follows:

1.      I am an attorney of record for defendant Sikorsky Aircraft Corporation ("Sikorsky Aircraft" or "the Company") in the above-captioned action.  I am making this declaration based on personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of the relevant pages of the deposition testimony of Raymond P. Baldyga, Jr., conducted on February 6, 2003.

3.      Attached hereto as Exhibit B is a true and correct copy of a job post for the Parts Inspector C position.  This document was exhibit 3 to plaintiff's deposition in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2005, in Washington, D.C.

_____
Anessa Abrams

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - -X

RAYMOND P. BALDYGA, JR.,                    :    COPY

            Plaintiff                 :

                                        :

VS                                          : 3:02 CV 1141 (GLG)

                                         :

SIKORSKY AIRCRAFT CORPORATION,              :

            Defendant                 :

- - - - - - - - - - - - - - - - - - -X

        Deposition of RAYMOND P. BALDYGA, JR. taken

        at the offices of United Technologies,

        One Financial Plaza, Fourth Floor, Hartford,

        Connecticut, before Audra Gulliksen, RPR,

        Licensed Shorthand Reporter #106, and Notary

        Public, in and for the State of Connecticut

        on February 6, 2003, at 9:30 a.m.

18

1    Q    Glen Mills, what occupational group is he in?

2    A    Fifty.

3    Q    Do you know what labor grade he is?

4    A    Three or four, I'm not sure.

5    Q    Do you know the time period during which

6    these employees were working overtime?

7    A    From May of 2001 until February of 2003.

8    Q    How many hours of overtime per week?

9    A    I'm not sure.

10    Q    Now, you also said that people were hired in?

11    A    Yes.

12    Q    Who was hired in?

13    A    His name is Francis Ghent, G-h-e-n-t.

14    Q    When was he hired?

15    A    I believe it was in January of 2002.

16    Q    What occupational group was he hired into?

17    A    Fifty, from what I've been told.

18    Q    Who told you that?

19    A    I guess my ex-coworkers.

20    Q    Do you have any personal knowledge of what

21    occupational group he's in?

22    A    No.  Because I saw the job on job post.  It

23    was in my old department and it had my supervisor's

24    name on the job post, and I assumed that it was a 50

25    occupation group opening.

21

1        A      K-a-y-f-u-s.

2        Q      Anybody else loaned in?

3        A      Yes.  There were two young ladies that I

4    notice.  I don't know their names and I notice that

5    they work in machine shop inspection on second shift.

6    They were loaned in for a time due to, you know, us

7    being laid off and the backlog of work.  They were

8    brought in.  I think they were on loan.

9        Q      Were the women brought into Occupational

10    Group 50?

11        A      Yes.  Actually, I believe they're new

12    employees.  Someone told me that they didn't think that

13    one of them was even a citizen of the United States.

14        Q      Do you know the women's names?

15        A      No, I don't.

16        Q      Bill Kayfus -- I'm sorry, let's go back a

17    second.  The two women, when were they brought in?

18        A      After my layoff.

19        Q      Can you tell me when?

20        A      No.  But from what I understand in speaking

21    with my union, I believe there was nine or ten people

22    hired into my old occupation group, 50.

23        Q      Hired into occupational group five zero being

24    50?

25        A      Fifty, yes.  Since my layoff in 2001.

1      Q      Do you know who those nine to ten people are?

2      A      No.  I believe that Francis Ghent is one of

3  them.

4      Q      Mr. Kayfus, what occupational group was he

5  brought into?

6      A      I believe he's a five zero.

7      Q      Was he transferred from somewhere else or

8  loaned in?

9      A      He was from the machine shop inspection and

10  I've also seen him working out in the motor head

11  build-up area.

12      Q      Do you know what occ group that is?

13      A      I'm unsure.

14      Q      When was he brought in?

15      A      About the same time that those women were

16  brought in, shortly after the layoff.

17      Q      But you can't pin it down anymore than that?

18      A      No.  It would be late 2001, maybe early 2002.

19  And then they hired the two people into my

20  ex-department that I mentioned before in my deposition.

21      Q      Into department 1530?

22      A      Right.

23      Q      And all these people that we've talked about

24  were brought in, as far as you know, to Occupational

25  Group 50?

1      A      Right.   Or to do the work of 50.

2           (THEREUPON, DEFENDANT'S EXHIBIT NO. 3,

3                    JOB POSTING,

4           WAS MARKED FOR IDENTIFICATION.)

5    BY MS. ABRAMS:

6      Q      Mr. Baldyga, I'm handing you what's been

7    marked as Defendant's Exhibit 3.

8           Is this the job position that you were

9    referring to for Mr. Ghent and Ms. Grant?

10     A      Yes, it is.

11     Q      Did you apply for this job?

12     A      No, I didn't.  It was less money than what I

13   was making, and I felt that my supervisor wouldn't have

14   released me anyway to go to a lower labor grade since

15   that's happened to me before.

16     Q      But you could have applied if you had wanted

17   to?

18     A      That's correct.

19     Q      Is there anyone else that you believe was

20   loaned in?

21     A      Not to my knowledge.  I'm sure -- yes, there

22   was Tim Paytas.  I see him.  He comes in in the

23   afternoons and I see he works overtime in the

24   department.

25     Q      What department?

25

1   Q    Did anyone tell you you were laid off because

2   of your age?

3   A    No.

4   Q    Did anyone assist you in reaching this

5   conclusion that you were laid off because of your age?

6   A    No, but it was reinforced.

7   Q    How was it reinforced?

8   A    In May of 2002 when 60 days after I was able

9   to go back into my department as a recall, they posted

10  these jobs as an opening.  And at that time they hired

11  younger workers to replace me and at that time it

12  reinforced my thinking that yes, they did lay me off

13  due to my age.

14  Q    Okay.  Let's take this one at a time.

15  Because they posted the job, are you referring to

16  Exhibit 3?

17  A    Yes.

18  Q    And that was the position that you say

19  Ms. Grant and Mr. Ghent were brought into?

20  A    Yes.

21  Q    How old is Ms. Grant?

22  A    I'm unsure of her age.

23  Q    How old is Mr. Ghent?

24  A    I'm unsure of his age, but I was told that

25  he's younger than me.

102

1       Q       After who calmed down?

2       A       After he calmed down.

3       Q       Was anything else said during the

4    conversation?

5       A       No.

6       Q       And you've already testified that you did not

7    apply for that job that was posted in Exhibit 3?

8       A       That's correct.

9       Q       Do you have any personal knowledge as to the

10   reasons why the company may need to bring employees in

11   to do certain jobs?

12      A       Yes.  They need too many guys working double

13   shifts and overtime and they can't get the work out and

14   the management from the top is hammering on them to get

15   the product out to the final assembly.  So, in turn,

16   they put in a request to human resources to give us a

17   couple more people.

18      Q       How do you know that?

19      A       That's how it works in any business.

20      Q       But you would not have -- would you have

21   wanted that job that was listed in Exhibit 3?

22      A       Sure.  That was my old job.

23      Q       Well, we've established that that job listed

24   in Exhibit 3 was an Occupational Group 50 job.  Right?

25      A       Right.

103

1       Q       Why didn't you apply for that job, then?

2       A       It was a labor grade nine.  I've been in

3   positions where I applied for jobs that were less than

4   what I made and my supervisor wouldn't release me.  My

5   supervisors like the way I work, they wouldn't want to

6   get rid of me except for maybe these two guys.

7       Q       But you could have applied for that position

8   and you did not?

9       A       Yes, I could have.

10      Q       And you didn't?

11      A       I didn't, no.

12      Q       Did you call Mr. Kenney?

13      A       Yes, I did.

14      Q       When was that?

15      A       Probably shortly after that.

16      Q       What did you say to him?

17      A       Probably the same thing I said to

18  Mr. Bucknall, you know, how convenient, 62 days after

19  I'm unable to go back to my old department, you

20  advertise to hire people off the street or from other

21  occupation groups.  But probably no one would want to

22  transfer into a labor grade nine job in Sikorsky since

23  most of the jobs are higher pay.  So labor grade nine

24  jobs are usually filled by people off the street

25  because nobody wants to post for a job that pays less

1    than what you're actually making already.

2         Q    Well, Ms. Grant --

3         A    For whatever reasons Ms. Grant did that.

4         Q    She posted for the job?

5         A    Right.  To my knowledge.  You know, I don't

6    have the document.  I don't know.  Maybe because of the

7    overtime.

8         Q    What did Mr. Kenney say?

9         A    I don't recall.

10        Q    Do you recall anything else about your

11   conversation with Mr. Kenney?

12        A    No.

13        Q    I'm sorry?

14        A    No.

15        Q    How long did the conversation last?

16        A    I'm unsure whether there was even a

17   conversation.  It might have been an e-mail.  It might

18   have been a phone message.  I'm unsure.  Maybe it

19   didn't happen.  I don't know.  I had intent on talking

20   to him.

21        Q    So as you sit here today, you're not sure if

22   you did talk to him?

23        A    No, I'm unsure.  I know I talked to him on

24   several occasions when I was laid off about jobs and

25   job openings.  I would call him and fax him my

# EXHIBIT B

## Parts Inspector C
### Last Day To Apply is 03/04/2002
*To apply, see the instructions at the bottom of the form.*

---

Labor Grade : 09

Department : SK011530 – Supplier Quality Assurance

Hiring Supervisor : Labansky,Peter R *(technet 8-536-6205)*

Relocation Assistance : No

Full/Part Time : Full Time

Shift : 1st

Location : Stratford
Stratford,CT

Company : Sikorsky Aircraft Group

## Job Responsibilities :

Perform routine and generally repetitive visual and dimensional inspection operations on a variety of standard machined, welded, and composite parts or assemblies. Follow detailed instructions, drawings, specifications, check sheets, and other oral or written instructions to inspect standard and non-complicated machined parts produced in machine shop areas and/or related parts supplied by vendors or produced in-plant. Use micrometers, vernier calipers, dial indicators, fixed gages and other precision measuring instruments, ordinary holding devices, and other standard inspection equipment, and make all necessary mathematical computations. Dimensionally check diameters, locations, width, length, depth, hole sizes, heights, spacing, concentricities, parallelisms, angles, and other machined features, as applicable. Check parts for nicks, scratches, cracks, burns, dents, sharp edges, rust, corrosion, proper material, hardness, process, finish, heat treat, contours, welding, brazing, identification marking, evidence of source inspections, completeness of operations, and other defects, discrepancies, and surface irregularities. Use surface plate and dividing head to perform simple and repetitive inspection operations, receiving assistance with more difficult work. Prepare all necessary inspection reports and complete all other inspection paperwork as required. Perform other similar and related duties according to instructions such as expediting parts in the department, material handling, and repetitive parts inspection as directed. Refer all unusual conditions or questionable matters to senior inspector, leadman, or supervisor.

## Education Preferred :

## Additional Comments :

---

## To Apply For This Position

| Start Application Process |

## CERTIFICATE OF SERVICE

I hereby declare that a true and correct copy of the foregoing SUPPLEMENTAL

DECLARATION OF ANESSA ABRAMS, ESQUIRE, IN SUPPORT OF DEFENDANT'S

MOTION FOR SUMMARY JUDGMENT was served by first class United States mail, postage

prepaid, on this 14th day of February, 2005, addressed to the following:


Raymond P. Baldyga, Jr.
134 Delaware Road
Easton, CT 06612

*Pro se* plaintiff


_____
Anessa Abrams




BD0591