UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 15 A 9: 53

U.S. DISTRICT COURT
BRIDGEPORT, CT

| | | |
|---|---|---|
| RAYMOND P. BALDYGA, JR., | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 3:02 CV 1141 (JCH) |
| v. | : | |
| SIKORSKY AIRCRAFT CORPORATION, | : | February 15, 2005 |
| Defendant. | : | |

## NOTICE OF MANUAL FILING

Please take notice that Sikorsky Aircraft Corporation has manually filed the cases attached to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment. The cases attached to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment have not been filed electronically because the electronic file size of the document exceeds 1.5 mb. The cases attached to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment have been manually served on all parties.

Respectfully submitted

_[signature]_

Gary L. Lieber (ct13839) (gll@saslaw.com)
Anessa Abrams (ct16594) (aa@saslaw.com)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Ave., N.W.
Suite 1000
Washington, D.C. 20037-1922
Phone (202) 333-8800
Fax (202) 625-3301

Edward J. Dempsey (ct05183)
Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101
(860) 728-7858
(860) 728-6551 (fax)

Attorneys for Defendant
Sikorsky Aircraft Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MANUAL FILING** was served by first class United States mail, postage prepaid, on this 14th day of February, 2005, addressed to the following:

>   Raymond P. Baldyga, Jr.
>   134 Delaware Road
>   Easton, CT 06612
>
>   *Pro se* plaintiff

_____
Anessa Abrams

BD0715