

RECEIVED
JUN 0 X 2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 23 P 12: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RAYMOND P. BALDYGA JR.
    Plaintiff

V.

SIKORSKY AIRCRAFT
CORPORATION

Civil Action No. 3:02
CV 1141 (JCH)

June 7th, 2005

### MOTION TO WITHDRAW MY COMPLAINT

    Plaintiff respectfully requests the court to withdraw complaint due to a variety of reasons, with each party to bear its own costs and attorney fees.

*[signature: Raymond P. Baldyga Jr.]*

CERTIFICATE OF SERVICE

    I, Raymond P. Baldyga Jr. hereby certify that a copy of the foregoing MOTION TO WITHDRAW MY COMPLAINT, was served by United States Mail on this the 7th day of June, 2005 addressed to the following:

                            Gary L. Lieber
                            Anessa Abrams
                            SCHMELTZER APTAKER &
                            SHEPARD P.C.
                            2600 Virginia Ave N.W. Suite 1000
                            Washington D.C. 20037-1922

                            Edward I. Dempsey
                            Labor Counsel
                            United Technologies Corporation
                            United Technologies Building
                            Hartford, CT 06101

                            Laurie A. Havanec
                            Director, Human Resources
                            Sikorsky Aircraft Corporation
                            6900 North Main St.
                            Stratford, CT 06615

*[signature: Raymond P. Baldyga Jr.]*