UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 14  A 10: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RAYMOND P. BALDYGA, JR., | : | |
| Plaintiff, | : | Civil Action No.<br>3:02 CV 1141 (JCH) |
| v. | : | |
| SIKORSKY AIRCRAFT CORPORATION, | : | June 14, 2005 |
| Defendant. | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S "MOTION TO WITHDRAW MY COMPLAINT"**

Defendant Sikorsky Aircraft Corporation ("Sikorsky Aircraft" or "the Company") hereby submits this response to plaintiff's "Motion to Withdraw My Complaint," filed on or about June 7, 2005.

In his motion to withdraw complaint, plaintiff asks that the Court withdraw his complaint "due to a variety of reasons, with each party to bear its own costs and attorney fees." Plaintiff does not provide any hint as to the "variety of reasons." Thus, Sikorsky Aircraft is at a disadvantage to substantively respond to plaintiff's motion.

Plaintiff's motion likewise does not specify whether he requests that his complaint be withdrawn with or without prejudice. Any withdrawal of plaintiff's complaint or dismissal of this action must be with prejudice. This case was nearing completion when plaintiff filed his motion, and Sikorsky Aircraft has incurred considerable attorneys' fees and costs to date in defending against plaintiff's lawsuit. On January 20, 2005, Sikorsky Aircraft moved for summary judgment, requesting that the Court dismiss plaintiff's complaint, in its entirety, with prejudice. This motion is fully briefed and currently pending before the Court. Moreover,

during a settlement conference on March 11, 2005, which plaintiff requested, the parties reached an agreement resolving this matter, but, without explanation, plaintiff has failed to execute the settlement papers. Accordingly, it is unclear what motivates plaintiff to file the instant motion. While Sikorsky Aircraft does not object to this case being dismissed, Sikorsky Aircraft will only consent to dismissal of this action – or withdrawal of plaintiff's complaint – if it is *with prejudice*.

Respectfully submitted

_/s/ Anessa Abrams_
Gary L. Lieber (ct13839) (gll@saslaw.com)
Anessa Abrams (ct16594) (aa@saslaw.com)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Ave., N.W.
Suite 1000
Washington, D.C. 20037-1922
Phone (202) 333-8800
Fax (202) 625-3301

Edward J. Dempsey (ct05183)
Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101
(860) 728-7858
(860) 728-6551 (fax)

Attorneys for Defendant
Sikorsky Aircraft Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S "MOTION TO WITHDRAW MY COMPLAINT"** was served by first class United States mail, postage prepaid, on this 13th day of June, 2005, addressed to the following:

> Raymond P. Baldyga, Jr.
> 134 Delaware Road
> Easton, CT 06612
>
> *Pro se* plaintiff

BH6167

_____
Anessa Abrams